USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LORRI A. GOVE,

                         Plaintiff,

              -against-

ANDREW M. SAUL, Commissioner of Social
Security,

                      Defendant.

-----------------------------------------------------------------X

          19 **CIVIL** 6839 (JPO)

          **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated November 16, 2020, the Commissioner's cross-

motion for judgment on the pleadings is GRANTED and Plaintiff's motion for judgment on the

pleadings is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         November 16, 2020

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

         **BY:**

                                    **Deputy Clerk**